## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **JLM Resources, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA  Procraft Windows**<br>**DBA  Procraft Industries** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **91-1447451** |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**6710 220th St. Unit 1**<br>**Mountlake Terrace, WA 98043**<br>Number, Street, City, State & ZIP Code<br><br>**Snohomish**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.procraftwindows.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **JLM Resources, Inc.**      Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**2381**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

| Debtor | **JLM Resources, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency
Contact name
Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Case 25-12238-CMA    Doc 1    Filed 08/13/25    Ent. 08/13/25 23:28:57    Pg. 3 of 12

| Debtor | JLM Resources, Inc. | Case number (*if known*) |
| --- | --- | --- |
| | Name | |

☐ $50,001 - $100,000 ☐ $10,000,001 - $50 million ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000 ☐ $50,000,001 - $100 million ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million ☐ $100,000,001 - $500 million ☐ More than $50 billion

| Debtor | JLM Resources, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 13, 2025**
MM / DD / YYYY

**X** **/s/ Stacy Slocum**                                    **Stacy Slocum**
Signature of authorized representative of debtor              Printed name

Title **President**

**18. Signature of attorney**

**X** **/s/ Jennifer L. Neeleman**                            Date **August 13, 2025**
Signature of attorney for debtor                              MM / DD / YYYY

**Jennifer L. Neeleman 37374**
Printed name

**Neeleman Law Group, P.C.**
Firm name

**1403 8th Street**
**Marysville, WA 98270**
Number, Street, City, State & ZIP Code

Contact phone **(425) 212-4800**     Email address **courtmail@expresslaw.com**

**37374 WA**
Bar number and State

Fill in this information to identify the case:
Debtor name  **JLM Resources, Inc.**
United States Bankruptcy Court for the:  **WESTERN DISTRICT OF WASHINGTON**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **All Weather Architectural Aluminum 777 Aldridge Road Vacaville, CA 95688** | | **Vendor** | | | | $10,834.43 |
| **American Express P.O. Box 570622 Atlanta, GA 30357** | | **Line of Credit** | | | | $16,604.14 |
| **American Express Credit Card Zwick & Assoc. 80 Minuteman Road Andover, MA 01810** | | **Credit Card** | | | | $32,324.94 |
| **Felecia Soeldner c/o Schlemlein Fick & Franklin 66 South Hanford St. #300 Seattle, WA 98134** | | **Judgment** | | | | $0.00 |
| **Fox 13 KCPQ P.O. Box 7410061 Chicago, IL 60674-5061** | | **Advertising** | | | | $27,300.00 |
| **Gustav JA Swanson c/o Green & Norwood 2284 West Commodore Way, #300 Seattle, WA 98199** | | **Judgment** | | | | $65,780.21 |
| **Headway Capital 4700 West Daybreak Parkway #200 South Jordan, UT 84009** | | **Loan** | | | | $44,307.00 |

| Debtor | JLM Resources, Inc. | | | Case number *(if known)* | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **IRS**<br>**Centralized Insolvency**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | | **Payroll Tax** | | | | $148,853.59 |
| **Kapitus**<br>**2500 Wilson Blvd., Suite 350**<br>**Arlington, VA 22201** | | **Loan** | | | | $104,250.00 |
| **Kapitus**<br>**2500 Wilson Blvd. Suite 350**<br>**Arlington, VA 22201** | | **Loan** | | | | $97,142.05 |
| **Key Bank**<br>**P.O. Box 93885**<br>**Cleveland, OH 44101-5885** | | **Line of Credit** | | | | $150,000.00 |
| **Key Bank**<br>**P.O. Box 93885**<br>**Cleveland, OH 44101-5885** | | **Loan** | | $170,822.59 | Unknown | Unknown |
| **Milgard Manufacturing**<br>**P.O. Box 94051**<br>**Seattle, WA 98124** | | **Vendor** | | | | $22,097.54 |
| **Paradigm Vendo**<br>**1850 Deming Way, Suite 120**<br>**Middleton, WI 53562** | | **Software** | | | | $4,000.00 |
| **Pro Via**<br>**2150 State Route 39**<br>**Sugarcreek, OH 44681** | | **Vendor** | | | | $9,597.67 |
| **SBA**<br>**Seattle District Office**<br>**2401 Fourth Ave, Suite 450**<br>**Seattle, WA 98121** | | **Loan** | | | | $150,023.00 |
| **WA Department of Revenue**<br>**2101 4th Ave, Ste 1400**<br>**Seattle, WA 98121** | | **Sales Tax** | | | | $102,123.67 |
| **WA Dept of L & I**<br>**Bankruptcy Unit**<br>**P.O. Box 44171**<br>**Olympia, WA 98504** | | **Taxes** | | | | $27,989.44 |

| Debtor | JLM Resources, Inc. | | Case number *(if known)* | | |
| --- | --- | --- | --- | --- | --- |
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **WA Employment Security Dept**<br>**P.O. Box 9046**<br>**Olympia, WA 98507-9046** | | **Taxes** | | | | **$9,401.73** |

ALL WEATHER
ARCHITECTURAL ALUMINUM
777 ALDRIDGE ROAD
VACAVILLE, CA 95688


AMERICAN EXPRESS
P.O. BOX 570622
ATLANTA, GA 30357


AMERICAN EXPRESS CREDIT CARD
ZWICK & ASSOC.
80 MINUTEMAN ROAD
ANDOVER, MA 01810


ATTORNEY GENERAL FOR WA STATE
BANKRUPTCY & COLLECTIONS UNIT
800 FIFTH AVE, 20TH FLOOR
SEATTLE, WA 98104


CARINCROSS & HEMPELMANN
524 2ND AVE, SUITE 500
SEATTLE, WA 98104


FELECIA SOELDNER
C/O SCHLEMLEIN FICK & FRANKLIN
66 SOUTH HANFORD ST. #300
SEATTLE, WA 98134


FOX 13
KCPQ
P.O. BOX 7410061
CHICAGO, IL 60674-5061


GUSTAV JA SWANSON
C/O GREEN & NORWOOD
2284 WEST COMMODORE WAY, #300
SEATTLE, WA 98199


HEADWAY CAPITAL
4700 WEST DAYBREAK PARKWAY
#200
SOUTH JORDAN, UT 84009

```
IRS
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


KAPITUS
2500 WILSON BLVD. SUITE 350
ARLINGTON, VA 22201


KAPITUS
2500 WILSON BLVD., SUITE 350
ARLINGTON, VA 22201


KEY BANK
P.O. BOX 93885
CLEVELAND, OH 44101-5885


MAEVE CONNOLLY
9608 CHERRY ST.
EDMONDS, WA 98020


MILGARD MANUFACTURING
P.O. BOX 94051
SEATTLE, WA 98124


PARADIGM VENDO
1850 DEMING WAY, SUITE 120
MIDDLETON, WI 53562


PRO VIA
2150 STATE ROUTE 39
SUGARCREEK, OH 44681


SBA
SEATTLE DISTRICT OFFICE
2401 FOURTH AVE, SUITE 450
SEATTLE, WA 98121


UNITED STATES ATTORNEYS OFFICE
ATTN: BANKRUPTCY ASSISTANT
700 STEWART STREET, ROOM 5220
SEATTLE, WA 98101
```

```
WA DEPARTMENT OF REVENUE
2101 4TH AVE, STE 1400
SEATTLE, WA 98121


WA DEPT OF L & I
BANKRUPTCY UNIT
P.O. BOX 44171
OLYMPIA, WA 98504


WA EMPLOYMENT SECURITY DEPT
P.O. BOX 9046
OLYMPIA, WA 98507-9046
```

# United States Bankruptcy Court
## Western District of Washington

In re **JLM Resources, Inc.**
                  Debtor(s)

Case No. _____
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **JLM Resources, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **August 13, 2025** | **/s/ Jennifer L. Neeleman** |
| Date | **Jennifer L. Neeleman 37374** |
| | Signature of Attorney or Litigant |
| | Counsel for **JLM Resources, Inc.** |
| | **Neeleman Law Group, P.C.** |
| | **1403 8th Street** |
| | **Marysville, WA 98270** |
| | **(425) 212-4800 Fax:(425) 212-4802** |
| | **courtmail@expresslaw.com** |